FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 2 3 2004

JAMES W. McCORMACK, CLERK
By: _____
                    DEP. CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN W. WALKER                                                              PLAINTIFF

V.                                    NO. 5:03CV00120-WRW

THE CITY OF PINE BLUFF,
ARKANSAS; A Public Body
Corporate; and TERRY WAYNE GRACE                                DEFENDANTS

## ORDER

Pending is Plaintiff's Motion to Strike the Affirmative Defense, Directed to Separate Defendant, Terry Wayne Grace (Doc. No. 29). Defendants have responded.

Defendants raised the statute of limitations argument when the motion to amend the complaint was at issue. In the December 30, 2003 Order, I held that the statute of limitations argument failed due to the relation-back doctrine. Accordingly, the findings of fact and conclusions of law made in that Order are incorporated here, and Plaintiff's Motion to Strike the Affirmative Defense, Directed to Separate Defendant, Terry Wayne Grace is GRANTED.

IT IS SO ORDERED this 23rd day of March, 2004.

_____
UNITED STATES DISTRICT JUDGE
WM. R. WILSON, JR.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON 3/24/04 BY _____

5 6

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

March 24, 2004

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:  5:03-cv-00120.

True and correct copies of the attached were mailed by the clerk to the following:

    Ted Boswell, Esq.
    Boswell, Tucker, Brewster & Smith
    408 Reynolds Road
    Post Office Box 798
    Bryant, AR   72089-0798

    John Andrew Ellis, Esq.
    Boswell, Tucker, Brewster & Smith
    408 Reynolds Road
    Post Office Box 798
    Bryant, AR   72089-0798

    Carol B. Billings, Esq.
    Pine Bluff City Attorney's Office
    200 East 8th Avenue
    Suite 203
    Pine Bluff, AR   71601

    Patricia J. Hays, Esq.
    Dispute Resolution Services
    2300 Andover Court
    Suite 560
    Little Rock, AR   72227

    press

James W. McCormack, Clerk

Date: _____          BY: _____

```
                          F I L E   C O P Y
                                                                    bm
                       UNITED STATES DISTRICT COURT
                       Eastern District of Arkansas
                              U.S. Court House
                      600 West Capitol, Suite 402
                     Little Rock, Arkansas 72201-3325


                              March 24, 2004



                  * * MAILING CERTIFICATE OF CLERK * *


Re:  5:03-cv-00120.



True and correct copies of the attached were mailed by the clerk to the
following:


        Ted Boswell, Esq.
        Boswell, Tucker, Brewster & Smith
        408 Reynolds Road
        Post Office Box 798
        Bryant, AR   72089-0798

        John Andrew Ellis, Esq.
        Boswell, Tucker, Brewster & Smith
        408 Reynolds Road
        Post Office Box 798
        Bryant, AR   72089-0798

        Carol B. Billings, Esq.
        Pine Bluff City Attorney's Office
        200 East 8th Avenue
        Suite 203
        Pine Bluff, AR   71601

        Patricia J. Hays, Esq.
        Dispute Resolution Services
        2300 Andover Court
        Suite 560
        Little Rock, AR   72227

        press


                                         James W. McCormack, Clerk

Date: _____             BY: _____
```

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

March 24, 2004

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:   5:03-cv-00120.

True and correct copies of the attached were mailed by the clerk to the following:

    Ted Boswell, Esq.
    Boswell, Tucker, Brewster & Smith
    408 Reynolds Road
    Post Office Box 798
    Bryant, AR   72089-0798

    John Andrew Ellis, Esq.
    Boswell, Tucker, Brewster & Smith
    408 Reynolds Road
    Post Office Box 798
    Bryant, AR   72089-0798

    Carol B. Billings, Esq.
    Pine Bluff City Attorney's Office
    200 East 8th Avenue
    Suite 203
    Pine Bluff, AR   71601

    Patricia J. Hays, Esq.
    Dispute Resolution Services
    2300 Andover Court
    Suite 560
    Little Rock, AR   72227

    press

James W. McCormack, Clerk

Date: 3/24/04

BY: _____